**Wilbert Anthony NEAL,**
**Plaintiff–Appellant,**

v.

**Steven C. MILLER, Supervising, U.S. Probation Officer; Steven Labier, Bureau of Prison; Joseph B. Steelman, JR., Chief, U.S. Probation Office, Defendants–Appellees,**

and

**James A. Beaty, JR., United States District Judge, Defendant.**

No. 03–6773.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 17, 2003.

Wilbert Anthony Neal, Appellant Pro Se. Robert F. Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Wilbert Anthony Neal seeks to appeal the district court's order granting Appellees' motion for partial summary judgment and removing a federal district court judge from the complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interloc-

utory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Neal seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Neal's motions for appointment of counsel and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*